**UNITED STATES of America,**

v.

**Garzon CORTES ROMERO, Appellant.**

No. 02–1506.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Nov. 1, 2004.

Decided April 21, 2005.

George S. Leone, Office of United States Attorney, Newark, NJ, for United States of America.

Richard J. Zeitler, Iselin, NJ, for Appellant.

Before ALITO, BARRY, and FUENTES, Circuit Judges.

PER CURIAM.

The only issue in this appeal is whether the District Court erred in failing to grant Romero a downward departure for substantial assistance where the Government did not move for one. In the wake of the Supreme Court's decision in *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), this Circuit has determined that sentencing issues are best determined by the District Court in the first instance. Accordingly, we vacate the sentence and remand for resentencing in accordance with *Booker*.